# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| SCOTT LAWRENCE SIMMONS, | Case No. 21-CV-952 (NEB/TNL) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| BILLY ROY WILSON, United States District Judge, | |
| Defendant. | |

The Court has received the April 27, 2021 Report and Recommendation of United States Magistrate Judge Tony N. Leung. (ECF No. 3.) No party has objected to that Report and Recommendation, so the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error and based on all the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 3) is ACCEPTED;

2. Plaintiff Scott Lawrence Simmons' Complaint (ECF No. 1) is DISMISSED; and

3. Simmons' application to proceed *in forma pauperis* (ECF No. 2) is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 7, 2021                    BY THE COURT:

                                       s/Nancy E. Brasel
                                       Nancy E. Brasel
                                       United States District Judge